UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SOUND EXCURSIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>5KEVENTS.ORG LLC,<br><br>Defendant. | Civil Action No. C18-1649 RSM<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR RULE 26 DEADLINES** |

This matter is before the Court on a motion by the Plaintiff, Sound Excursions, LLC, (Sound Excursions) for an extension of time for the Rule 26 deadlines ordered by the Court. See Dkt. #8 and Dkt. #10. According to counsel for the plaintiff Sound Excursions, the parties seek an extension of time for 30 days to facilitate settlement discussion. Therefore, for good cause shown, the Court HEREBY ORDERS that the following dates shall be extended by thirty days each.

| **Previous Due Date** | **Stipulated New Due Date** |
|---|---|
| Deadline for FRCP 26(f) Conference: January 28, 2019 | DUE DATE: February 27, 2019 |
| Initial Disclosure Pursuant to FRCP 26(a)(1): February 4, 2019 | DUE DATE: March 6, 2019 |

ORDER GRANTING ORDER GRANTING
MOTION FOR EXTENSION OF TIME FOR RULE 26 DEADLINES - 1
Civil Action No. 2:18-cv-01649-RSM

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): February 11, 2019 | DUE DATE: March 13, 2019 |
|---|---|

IT IS SO ORDERED this 30th day of January 2019.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Dated: January 29, 2019

PRESENTED BY:

LOWE GRAHAM JONES<sup>PLLC</sup>

s/Mark Walters
Mark Walters
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
Telephone: 206-381-3300
E-mail: walter@lowegrahamjones.com
**Attorneys for Defendants,
Sound Excursions, LLC**

ORDER GRANTING ORDER GRANTING
MOTION FOR EXTENSION OF TIME FOR RULE 26 DEADLINES - 2
Civil Action No. 2:18-cv-01649-RSM

LOWE GRAHAM JONES<sub>PLLC</sub>
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301